1

**The Honorable Robert S. Lasnik**

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT**
     **WESTERN DISTRICT OF WASHINGTON**
8    **AT SEATTLE**

9

10   UNITED STATES OF AMERICA,          NO.  2:15-MC-0121-RSL

11                    Plaintiff,             (2:99-CR-0568-1)

12         vs.                           **Order Terminating**
                                         **Garnishment Proceeding**
13   ANH BI LE,

14            Defendant/Judgment Debtor,

15         and

16   REAL FOODS OF SEATTLE, LLC,

17                    Garnishee.

18

19         This matter came before the Court on the United States' Application to

20   Terminate Garnishment Proceeding.  For the reasons stated in the United

21   States' Application, the Court concludes that this Garnishment should be

22   terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

23
           IT IS ORDERED that the garnishment is terminated and that Real
24
     Foods of Seattle, LLC is relieved of further responsibility pursuant to this
25

26   garnishment.

27   //

28

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Anh Bi Le and Real Foods of Seattle, LLC,* USDC#: 2:15-MC-0121-
RSL/2:99-CR-0568-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 11th day of April, 2019.

*MM S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE


Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Anh Bi Le and Real Foods of Seattle, LLC,* **USDC#: 2:15-MC-0121-RSL/2:99-CR-0568-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**